1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    KENNETH ALAN SIERRA, D00119,    )

9              Plaintiff(s),    )    No. C 16-2032 CRB (PR)
                         )

10      vs.        )    ORDER OF TRANSFER
                         )

11    DIRECTOR OF CDCR, et al.,    )    (ECF Nos. 2 & 6)
                         )

12          Defendant(s).    )
                         )

13

14         Plaintiff, a prisoner at the California Health Care Facility in Stockton (CHCF),

15 has filed a pro se complaint under 42 U.S.C. § 1983 alleging various violations of his

16 federal constitutional rights.  A substantial part of the events or omissions giving rise to

17 the claim(s) occurred, and the viable defendants named reside, in the County of San

18 Joaquin, which lies within the venue of the Eastern District of California.  See 28 U.S.C.

19 § 84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

20         Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

21 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

22 the Eastern District of California.

23         The clerk shall transfer this matter and terminate all pending motions (see ECF

24 Nos. 2 & 6) without prejudice to reasserting in the Eastern District.

25 SO ORDERED.

26 DATED: May 17, 2016

                        CHARLES R. BREYER

27                      United States District Judge

28    G:\PRO-SE\CRB\CR.16\Sierra, K.16-2032.transfer.wpd