UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:16-cv-1067 MCE KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the January 26, 2017, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 48) is granted;

2. Plaintiff is granted fifteen days from the date of this order in which to file objections to the findings and recommendations.

Dated: February 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sier1067.36