UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:16-cv-1067 MCE KJN P<br><br><br><br>ORDER |

On May 5, 2017, the court denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the filing fee. (ECF No. 64.) On May 25, 2017, plaintiff filed a motion for a ninety days extension of time to pay the filing fee. (ECF No. 68.) Plaintiff alleges that he requires ninety days to "attempt to extract money from bank accounts." (Id.)

Plaintiff does not identify the bank accounts he will attempt to obtain money from. Plaintiff also does not discuss why he requires ninety days to obtain this money. Accordingly, plaintiff is granted a forty-five days extension to pay the filing fee. Any further requests for extension of time must be supported by substantial cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 68) is granted;

////

2. Plaintiff is granted forty-five from the date of this order in which to submit payment for the filing fee.

Dated: June 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sier1067.36(3)