UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:16-cv-1067 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2017, the court denied plaintiff's applications to proceed in forma pauperis, and ordered plaintiff to pay the filing fee within thirty days. (ECF No. 64.) Plaintiff appealed the May 5, 2017 order to the Ninth Circuit Court of Appeals. (ECF No. 65.) On April 4, 2018, the Ninth Circuit dismissed plaintiff's appeal for failure to prosecute. (ECF No. 76.)

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to pay the $400 filing fee; failure to comply with this order will result in a recommendation of dismissal of this action.

Dated: April 11, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Si1067.oaa