UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:16-cv-1067 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2021, the undersigned recommended that this action be dismissed for plaintiff's failure to prosecute. (ECF No. 92.)

On November 15, 2021, plaintiff filed a motion for a sixty-days extension of time to file an amended complaint. (ECF No. 93.) Good cause appearing, plaintiff's motion for an extension of time is granted and the November 4, 2021 findings and recommendations are vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 4, 2021 findings and recommendations (ECF No. 92) are vacated;

2. Plaintiff's motion for an extension of time (ECF No. 93) is granted; and

3. Plaintiff is granted sixty days from the date of this order in which to file an

////

amended complaint.  No further extensions of time will be granted but for a showing of substantial cause.

Dated:  November 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sier1067.36

2