UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF DEPT. OF CORRECTIONS & REHABILITATION, et al.,<br><br>    Defendants. | No.  2:16-cv-01067 MCE KJN P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 15, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days.  ECF No. 99.  To date, Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

///

1

the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 15, 2022 (ECF No. 99), are ADOPTED in full;

2. This action is DISMISSED; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 11, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2